# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

STEFFANIE F. WROTTEN,

    Plaintiff,

v.                                                           CASE NO. 2:10-CV-685-FtM-36SPC

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Chappell on July 13, 2011 (Dkt. 22), recommending that the Court remand the decision of the Commissioner. No party has filed an objection, and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The record is unclear as to whether Plaintiff has restrictions that would affect her ability to do unskilled light work. Additionally, it is unclear whether the Administrative Law Judge would need to move to Step Five of the sequential inquiry described in the regulations, 20 C.F.R. §§ 404.1520(a), 404.920(a). This error is not harmless, and thus, the Court remands the decision of the Commissioner.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

-2-

1)     The Report and Recommendation of the Magistrate Judge (Dkt. 22) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2)     The decision of the Commissioner is reversed and **REMANDED**.

3)     The Clerk is directed to terminate all pending motions, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 2, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD AND UNREPRESENTED PARTY